# akerman

Rory J. McEvoy

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

April 22, 2020

**VIA ECF**

Honorable Paul A. Crotty
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

> 4-23-2020
> The May 18 conference is adjourned to June 17, 2020 at 10:45 AM. SO ORDERED.
>
> *[signed] Paul A. Crotty*

**Re:   Krist v. Beth Israel Medical Center, et al.
       17 Civ. 1312 (PAC)**

Dear Judge Crotty:

    As the Court is aware, after the February 24, 2020 conference, and at the Court's suggestion, counsel for Plaintiff Cheryl Krist ("Plaintiff") and counsel for The Mount Sinai Hospital and Mount Sinai Beth Israel ("Defendants") agreed to re-depose Miguel Arenas and Erica Rubinstein and to take the depositions of Diane Adams, Annabelle Nieves, and Garrison Resnick.

    On March 16, 2020, due to rapid and unexpected developments in the spread of the COVID-19/coronavirus pandemic which caused delay in the scheduling of those depositions, the Court granted Defendants' request to adjourn the status conference, previously scheduled for April 14, 2020, to May 18, 2020.

    At this time, the parties remain unable to schedule depositions because both The Mount Sinai Hospital and Mount Sinai Beth Israel are involved on a day-to-day basis in the treatment of COVID-19/coronavirus patients as well as combatting the spread of the virus, and cannot predict the availability of witnesses for depositions with certainty.

    The parties hope to schedule these five depositions for late May or early June 2020. As a result, ==Defendants request that the status conference currently scheduled for May 18, 2020 be adjourned to June 15, 2020, or another date convenient for the Court after June 15.== Plaintiff's counsel consents to this request.

Respectfully submitted,

*[signature]*

Rory J. McEvoy

akerman.com

Honorable Paul A. Crotty
April 22, 2020
Page 2
_____


cc:   Susan Kay Smith, Esq. (via ECF)
      Robert G. Hanski, Esq. (via ECF)
      *Attorneys for Plaintiff*