# akerman

Rory J. McEvoy

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

6/10/2020
The June 17 conference is adjourned to 9/23/2020 at 2:30pm.
SO ORDERED.

*Paul A. Crotty (signature)*

June 9, 2020

**VIA ECF**

Honorable Paul A. Crotty
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

Re:   **Krist v. Beth Israel Medical Center, et al.
      17 Civ. 1312 (PAC)**

Dear Judge Crotty:

After the February 24, 2020 conference, and at the Court's suggestion, counsel for Plaintiff Cheryl Krist ("Plaintiff") and counsel for The Mount Sinai Hospital and Mount Sinai Beth Israel ("Defendants") agreed to re-depose Miguel Arenas and Erica Rubinstein and to take the depositions of Diane Adams, Annabelle Nieves, and Garrison Resnick.  On April 23, 2020, the Court adjourned the status conference, originally scheduled for May 18, to June 17, 2020, based on recent developments in the spread of the COVID-19/coronavirus in New York City and the surrounding areas which caused difficulty and delay in scheduling these depositions.

At this time, both The Mount Sinai Hospital and Mount Sinai Beth Israel remain involved in preparing for and handling issues relating to the virus and reopening of Hospital services. Although the parties are still unable to schedule depositions with certainty at this time, the parties are conferring and attempting to conduct the depositions as soon as possible, depending on any COVID-19/coronavirus-related developments as well as party schedules.

The parties expect to be able to schedule these five depositions for late August or early September.  As a result, Defendants request that the status conference currently scheduled for June 17, 2020 be adjourned to September 23, 2020, or another date convenient for the Court. Plaintiff consents to this request.

Respectfully submitted,

*Rory J. McEvoy (signature)*

cc:   Susan Kay Smith, Esq. (via ECF)
      Robert G. Hanski, Esq. (via ECF)
      *Attorneys for Plaintiff*

akerman.com