11/6/2020

The Clerk is directed to terminate the motion for Summary Judgment. The motion will be reopened after depositions have been completed and counsel has decided on whether or not they will supplement the record. SO ORDERED.

*/s/ Paul A. Crotty*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL KRIST,

            Plaintiff,

  -against-

BETH ISRAEL MEDICAL CENTER AND THE MOUNT SINAI HOSPITAL,

            Defendants.

17 Civ. 01312 (PAC)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed Declaration of Rory J. McEvoy, Esq., sworn to on November 8, 2019, and the exhibits thereto; the annexed Defendants' Rule 56.1 Statement; the accompanying memorandum of law; and all prior proceedings had herein, Defendants Mount Sinai Beth Israel ("MSBI") and The Mount Sinai Hospital ("MSH") will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendants' motion for summary judgment and dismissing the complaint with prejudice, and granting such other and further relief, including costs and attorneys' fees, as this Court deems just and proper.

Date:  New York, New York
         November 8, 2019

AKERMAN LLP

By: _/s/ Rory J. McEvoy_
     Rory J. McEvoy
     Dana N. Berber
Attorneys for Defendants
666 Fifth Avenue
New York, New York 10103
212.880.3800
rory.mcevoy@akerman.com
dana.berber@akerman.com

cc:	Robert G. Hanski, Esq.
	Parker Hanski, LLC
	40 Worth Street, 10th Floor
	New York, NY 10013
	(212) 248-7400
	rgh@parkerhanski.com


	Susan K. Smith, Esq.
	Smith Legal Advisors
	P.O. Box 22171
	Green Bay, WI 54301
	(920) 689-3315
	sksmith@smithlegaladvisors.com